# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
NORTHERN CALIFORNIA PLASTERERS
HEALTH AND WELFARE TRUST FUND, et al.,

    Plaintiffs,

    v.

RICHARD WEST,

    Defendant.
_____/

No. C 14-1672 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED**.

Dated: July 30, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J