UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
NORTHERN CALIFORNIA PLASTERERS
HEALTH AND WELFARE TRUST FUND, et al.,

    Plaintiffs,

    v.

RICHARD WEST,

    Defendant.
_____/

No. C 14-1672 PJH

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Spero's report and recommendation regarding plaintiffs' motion for default judgment, which was issued on November 7, 2014. No objections were filed within the time allowed under 28 U.S.C. § 636(b)(1). The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiffs' motion for default judgment is GRANTED in part. Judgment will be entered in favor of plaintiffs in the amount of $41,902.05 in damages, $2,376.00 in attorney's fees, and $466.95 in costs; for a total of $44,745.00.

**IT IS SO ORDERED**.

Dated: November 25, 2014

                                          _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge