UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
NORTHERN CALIFORNIA PLASTERERS
HEALTH AND WELFARE TRUST FUND, et al.,

    Plaintiffs,                    No. C 14-1672 PJH

    v.                          **JUDGMENT**

RICHARD WEST,

    Defendant.
_____/

    Defendant having failed to make an appearance in this action, and the court having granted plaintiffs' motion for default judgment,

    It is Ordered and Adjudged

    that plaintiffs shall recover from defendant the sum of $41,902.05 in damages, $2,376.00 in attorney's fees, and $466.95 in costs; for a total of $44,745.00.

    **IT IS SO ORDERED**.

Dated: April 27, 2015

                                                    _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge